IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JOHN K. STEELE; )<br>KIMBERLY A. FLAKE; )<br>DUTTON & SAYLERS, PLLC; )<br>KENTUCKY DEPT. OF REVENUE; and )<br>SHELBYVILLE ENERGY COOPERATIVE, )<br>)<br>    Defendants. )<br>_____) | Case No. TBD |

## COMPLAINT

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of a delegate of the Attorney General of the United States of America, brings this action to collect certain unpaid federal income tax liabilities of the defendant, John K. Steele, and to enforce certain federal tax liens against certain real property located in Bagdad, Kentucky.  In support of this action, the United States of America alleges as follows:

### JURISDICTION AND VENUE

1.  Jurisdiction over this action is conferred upon this Court by virtue of 28 U.S.C. §§ 1331, 1340, and 1345 as well as 26 U.S.C. §§ 7402(a) and 7403.

2.  Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued and the real property at issue is located within this judicial district.

### PARTIES

3.  Plaintiff is the United States of America.

4. Defendant John K. Steele is believed to reside in Cincinnati, Ohio. Steele has outstanding federal tax liabilities and is the true, beneficial, and equitable owner of the property located at 1058 Jacksonville Rd., Bagdad, Kentucky (the "Real Property"), further described as:

> Situated in Shelby County, Kentucky, on the water of Six Mile Creek near the old Rattletrap Mill and described as follows:
>
> All of that tract of land owned and possessed by Reuben Ellis at the time of his death and bounded on the North by the land of S. Bohannon (now P. Fallis) and Six Mile Creek; on the East by the lands of Alva Rucker (now P.C. Bird); on the South by the lands of Mrs. Lucy J. Skelton (now Harold Skelton); and on the West by the lands of Oscar Beckley (now Bill Breeman) and containing 125 acres, more or less.
>
> BEING the same real estate conveyed to the first parties by deed from Harold M. Skelton and Evelyn Skelton, his wife, dated December 28, 1965, and recorded in the Shelby County clerk's office in Deed Book 161, Page 201.

5. Defendant Kimberly A. Flake (formerly Kimberly A. Steele), who is believed to reside at 6110 Snyder Rd., Cincinnati, Ohio, may claim an interest in the Real Property.

6. Defendant Dutton & Saylers PLLC, who is believed to be located at 513 Main St., P.O. Box 967, Shelbyville, Kentucky, may claim an interest in the Real Property as the holders of a lien filed in Shelby County, Kentucky against Steele on March 10, 2009 in the amount of $42,000.

7. Defendant Kentucky Department of Revenue, who is believed to be located at 100 Fair Oaks, Fifth Floor, P.O. Box 491, Frankfort, Kentucky, may claim an interest in the Real Property as the holder of unfiled tax liens for state income tax liabilities against Steele.

8. Defendant Shelbyville Energy Cooperative, Inc., who is believed to be located at 620 Old Finchville Rd., Shelbyville, Kentucky, may claim an interest in the Real Property as the holder of an easement.

**COUNT ONE – REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT**

9. The United States repeats and re-alleges all paragraphs above, as though fully set forth herein.

10. On the dates, in the amounts, and for the taxable periods set forth below, a delegate of the Secretary of the Treasury properly and timely assessed federal income taxes, penalties, and statutory interest against Steele, which have balances due after accounting for all payments, credits, and abatements, and with accruals and costs as of October 31, 2016, as follows:

| Tax Type | Tax Period Ending | Assessment Date(s) | Notice of Tax Lien Filed | Assessed Tax Amount | Total Amount Owed As of Oct. 31, 2016 |
|---|---|---|---|---|---|
| Form 1040 | 12/31/2000 | 12/11/2006 | 7/20/2007 | $8,777.00 | $24,207.62 |
| Form 1040 | 12/31/2001 | 12/11/2006 | 7/20/2007 | $236,921.00 | $675,845.05 |
| Form 1040 | 12/31/2003 | 12/11/2006 | 7/20/2007 | $232,935.00 | $600,981.18 |
| Form 1040 | 12/31/2004 | 12/11/2006 | 7/20/2007 | $209,549.00 | $517,832.51 |
| Form 1040 | 12/31/2005 | 2/11/2013 | 3/15/2013 | $90,842.00 | $206,501.72 |
| Form 1040 | 12/31/2006 | 2/11/2013 | 3/15/2013 | $212,519.00 | $453,750.64 |
| Form 1040 | 12/31/2007 | 2/11/2013 | 3/15/2013 | $132,977.00 | $9,029.70 |
| Form 1040 | 12/31/2008 | 2/11/2013 | 3/15/2013 | $38,547.00 | $2,481.41 |
| Form 1040 | 12/31/2009 | 2/11/2013 | 3/15/2013 | $23,131.00 | $1,405.72 |
| Form 1040 | 12/31/2010 | 2/11/2013 | 3/15/2013 | $1,298.00 | $1,558.05 |
|  |  |  |  |  |  |
|  |  |  |  | **Total:** | $2,861,096.54 |

11. Timely notices and demands for payment of the assessments described in paragraph 10, above, were given to Steele.

12. Despite notice and demand for payment of the assessments described in paragraph 10, above, Steele has neglected or refused to fully pay those amounts.

13. As of October 31, 2016, the total amount of the federal income taxes and statutory additions to tax owed by Steele as described in paragraph 10, above, was $2,861,096.54.

14. Statutory additions and penalties, interest, and costs will continue to accrue on the unpaid balances of the assessments described in paragraph 10, above, from October 31, 2016 until they are paid in full.

WHEREFORE, the United States of America prays that this Court:

 A. Order, adjudge, and decree that Steele is indebted to the United States of America in the amount of $2,861,096.54 for the federal income taxes, penalties, and statutory interest assessed against him for the taxable periods in paragraph 10, above, plus statutory additions to tax accruing from October 31, 2016, until paid;

 B. Award to the United States of America its costs of prosecuting this action; and

 C. Order such other and further relief as the Court deems just and equitable.

## COUNT TWO – FORECLOSE FEDERAL TAX LIENS

15. The United States of America incorporates by reference the allegations set forth in paragraphs 1 through 14 of this complaint.

16. On the dates of the tax assessments described in paragraph 10, above, federal tax liens arose under 26 U.S.C. §§ 6321 and 6322 and attached to all property and rights to property then owned or thereafter acquired by Steele, including his interest in the Real Property.

17. On or around February 12, 1997, Steele and his former spouse, Kimberly A. Flake, entered into a Contract for Deed with James and Nora Rogers in connection with the purchase of the Real Property.

18. Steele and Flake acquired the Real Property in fee simple when they completed payments that were due under the Contract for Deed on or about February 12, 2004.

19. By order of the Shelby County District Court on November 19, 2007, Flake was awarded Steele's interest in the Real Property, which was encumbered by the federal tax liens for Steele's unpaid federal income tax liabilities for 2000, 2001, 2003, and 2004.

20. Notices of Federal Tax Liens were duly filed against Steele with the Shelby County Court Clerk with respect to the assessments referred to above on the dates shown in paragraph 10, above.

21. The United States of America is entitled to foreclose its tax liens with respect to Steele's unpaid federal income tax liabilities for 2000, 2001, 2003, and 2004, against the undivided half-interest in the Real Property that formerly belonged to Steele; to have the Real Property sold; and to have one-half of the sales proceeds (after costs of sale) applied to the unpaid balance of Steele's unpaid federal tax liabilities for the aforementioned periods.

WHEREFORE, the United States of America prays that this Court:

    D. Order, adjudge, and decree that the United States of America is the holder of valid and subsisting federal tax liens on all property and rights to property of Steele, including his interest in the Real Property that was subsequently awarded to Flake;

    E. Order, adjudge, and decree that the tax liens of the United States of America with respect to Steele's 2000, 2001, 2003 and 2004 federal income tax liabilities be foreclosed against the Real Property;

    F. Order that the Real Property be sold, and that the proceeds of the sale be distributed first to reimbursement of the costs of the sale, then one-half of the proceeds to the defendant, Flake, then to any liens with priority over the federal tax liens, then to the United States of America in satisfaction of the tax liens with

respect to Steele's 2000, 2001, 2003 and 2004 federal income tax liabilities, and then to Flake; and

G. Award the United States of America such further relief, including the costs of this action, as the Court deems appropriate.

Date: December 2, 2016

KERRY B. HARVEY
United States Attorney

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

/s/ Kyle L. Bishop
KYLE L. BISHOP
Trial Attorney, Tax Division,
U.S. Department of Justice
Ben Franklin Station, Post Office Box 227
Washington, D.C. 20044
Telephone: 202-616-1878
Email: kyle.l.bishop@usdoj.gov

6